Joseph H. Davis, Appellant, v. George W. Bogart, Respondent. — Judgment and order reversed on the exceptions and a new trial ordered, with costs to abide the event. *Held* (1): That the court erred in receiving evidence of the declarations of the witness Buskey. (2.) That there was no evidence that the plaintiff's mortgage was fraudulent, as against Busky's creditors, and the court improperly refused to charge the jury to that effect. (3.) The court improperly refused to charge that the price agreed upon between defendant and Buskey for keeping the

## Second Department, December Term, 1892.

mule was conclusive upon the defendant, and he could not claim a lien upon the mule for any greater sum for such keeping.